# United States District Court
# For The Western District of North Carolina
# Statesville Division

| | |
|---|---|
| DEXTER S. HOLMES, | |
|     Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | CASE NO. 5:09CV115 |
| JCP LOGISTICS, L.P., | |
|     Defendant(s). | |

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011, Order.

                                                          Signed: November 29, 2011

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court