# United States District Court
# For The Western District of North Carolina
# Statesville Division

DEXTER S. HOLMES,

    Plaintiff(s),

vs.

JCP LOGISTICS, L.P.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV115

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011, Order.

    Signed: November 29, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court